IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01748-RPM

KAYLA MEIER f/k/a Kayla Tibbetts,

     Plaintiff,

v.

CSK AUTO, INC., d/b/a Checker Auto Parts d/b/a O'Reilly Auto Parts,

     Defendant.

_____

ORDER SETTING SCHEDULING CONFERENCE
_____

     Pursuant to D.C.COLO.LCivR 16, it is

     ORDERED that a scheduling conference will be held on **November 9, 2010, at 2:30 p.m.**

in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout

Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of

Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx**

(Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions

(Rev. 1/08). The proposed order (original only) on paper, shall be submitted directly to chambers

by **4:00 p.m. on November 2, 2010.**

     The conference is conducted with lead counsel present in person. No parties or

representatives of parties will be permitted to attend.

     Dated: September 14th 2010

                    BY THE COURT:

                    s/Richard P. Matsch

                    _____

                    Richard P. Matsch, Senior District Judge