# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                          July 8, 2011
Courtroom Deputy:   J. Chris Smith
FTR Technician:         Kathy Terasaki

_____

Civil Action No.  10-cv-01748-RPM

KAYLA MEIER, f/k/a Kayla Tibbetts,                               Sean M. McCurdy
                                                                                        Kent E. Eichstadt

         Plaintiff,

v.

CSK AUTO INC, an Arizona corporation,                        Andrew D. Ringel
d/b/a Checker Auto Parts, d/b/a O'Reilly Auto Parts,

         Defendant.
_____

## COURTROOM MINUTES
_____

**Hearing on Motion to Compel**

**10:55 a.m.**          **Court in session.**

Court's preliminary remarks.

Mr. McCurdy answers questions asked by the Court.

Argument by Mr. Ringel.

**ORDERED:**   **Defendant's Motion to Compel and for Extension of Time for Discovery, filed May 31, 2011 [25], is granted with respect to Mr. Soto and Ms. LaGuardia and denied with respect to the remainder of the motion.**
**Discovery shall be completed within 30 days after plaintiff's counsel obtains the whereabout information on Mr. Soto and Ms. LaGuardia.**
**Pretrial Conference scheduled September 9, 2011 at 2:00 p.m.**

**11:15 a.m.**          **Court in recess.**

Hearing concluded.  Total time: 20 min.