IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01748-RPM-MJW

KAYLA MEIER,
f/k/a Kayla Tibbetts,

      Plaintiff,

v.

CSK AUTO, INC.,
d/b/a Checker Auto Parts d/b/a O'Reilly Auto Parts,

      Defendant.
_____

## ORDER SETTING PRETRIAL CONFERENCE
_____

      Pursuant to the hearing held today, it is

      ORDERED that a pretrial conference is scheduled for **September 9, 2011, at 2:00 p.m.** in the

Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver,

Colorado.  Counsel are directed to comply with the Instructions for Preparation and Submission of Final

Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**.  The proposed Final

Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.**

on **September 1, 2011.**  The conference is conducted with lead counsel present in person.  No parties or

representatives of parties will be permitted to attend.

      DATED:   July 8th , 2011

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____

                        Richard P. Matsch, Senior District Judge