**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                        November 8, 2011
Courtroom Deputy:    J. Chris Smith
FTR Technician:         Kathy Terasaki

_____

Civil Action No. 10-cv-01748-RPM-MJW

KAYLA MEIER, f/k/a Kayla Tibbetts,                                        Kent E. Eichstadt
                                                                                            Sean M. McCurdy

          Plaintiff,

v.

CSK AUTO, INC., an Arizona corporation,                               Andrew D. Ringel
d/b/a Checker Auto Parts, d/b/a O'Reilly Auto Parts,

          Defendant.
_____

**COURTROOM MINUTES**
_____

**Hearing on Pending Motions**

**10:55 a.m.        Court in session.**

Court's preliminary remarks.

**ORDERED:     Plaintiff's Motion to Strike Exhibits and Excerpts of Defendant's Motion for
                        Summary Judgment [39], is denied as stated on record.**

Court states its understanding of the case.

Argument by Mr. Ringel.
Argument by Mr. Eichstadt.

**Court makes oral findings and conclusions as stated on record.**

**ORDERED:     Defendant's Motion for Summary Judgment [35], is granted.
                        Judgment shall enter for defendant dismissing this civil action and awarding costs.**

**11:33  a.m.        Court in recess.**

Hearing concluded.  Total time: 38 min.