## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:             November 8, 2011
Courtroom Deputy: J. Chris Smith
FTR Technician:   Kathy Terasaki

_____

Civil Action No. 10-cv-01748-RPM-MJW

| | |
|---|---|
| KAYLA MEIER, f/k/a Kayla Tibbetts, | Kent E. Eichstadt |
| | Sean M. McCurdy |
| Plaintiff, | |
| v. | |
| CSK AUTO, INC., an Arizona corporation, d/b/a Checker Auto Parts, d/b/a O'Reilly Auto Parts, | Andrew D. Ringel |
| Defendant. | |

_____

### COURTROOM MINUTES
_____

**Hearing on Pending Motions**

**10:55 a.m.**      **Court in session.**

Court's preliminary remarks.

**ORDERED:**   Plaintiff's Motion to Strike Exhibits and Excerpts of Defendant's Motion for Summary Judgment [39], is denied as stated on record.

Court states its understanding of the case.

Argument by Mr. Ringel.
Argument by Mr. Eichstadt.

**Court makes oral findings and conclusions as stated on record.**

**ORDERED:**   Defendant's Motion for Summary Judgment [35], is granted.
            Judgment shall enter for defendant dismissing this civil action and awarding costs.

**11:33 a.m.**      **Court in recess.**

Hearing concluded.  Total time: 38 min.